No. 876, October Term, 1958. HELMS BAKERIES v. COMMISSIONER OF INTERNAL REVENUE, 360 U. S. 903. Motion to supplement petition for rehearing granted. Petition for rehearing denied.

No. 7, Misc., October Term, 1958. DEGREGORY v. WYMAN, ATTORNEY GENERAL OF NEW HAMPSHIRE, 360 U. S. 717;

No. 706, Misc., October Term, 1958. BAKER v. UNITED STATES, 360 U. S. 934;

No. 749, Misc., October Term, 1958. CHRISTY v. UNITED STATES, 360 U. S. 919;

No. 774, Misc., October Term, 1958. CROSS v. TUSTIN, PERSONNEL-DIRECTOR OF SANTA CLARA COUNTY, ET AL., 359 U. S. 1014;

No. 775, Misc., October Term, 1958. CROSS v. SUPREME COURT OF CALIFORNIA ET AL., 359 U. S. 1010;

No. 791, Misc., October Term, 1958. PITTS v. UNITED STATES, 360 U. S. 935;

No. 799, Misc., October Term, 1958. BAKER v. UNITED STATES, 359 U. S. 1005;

No. 803, Misc., October Term, 1958. PITTS v. UNITED STATES, 360 U. S. 919;

No. 835, Misc., October Term, 1958. ALPAR v. PERPETUAL BUILDING ASSOCIATION ET AL., 360 U. S. 934;

No. 855, Misc., October Term, 1958. WAGNER ET AL. v. UNITED STATES, 360 U. S. 936;

No. 857, Misc., October Term, 1958. BLACK v. CITY NATIONAL BANK & TRUST COMPANY OF KANSAS CITY, EXECUTOR, 360 U. S. 920;

No. 858, Misc., October Term, 1958. KELLEY v. CITY OF RICHMOND, 360 U. S. 716; and

No. 912, Misc., October Term, 1958. BARNES v. NEW YORK, 360 U. S. 938. Petitions for rehearing denied.